authority, thereby making the company liable for his conduct. Apparent authority is created by " 'words or conduct of the principal, communicated to a third party, that give rise to the appearance and belief that the agent possessed authority to enter into a transaction' " *(Nojaim Bros. v CNA Ins. Cos.,* 113 AD2d 109, 112-113; *see also, Hallock v State of New York,* 64 NY2d 224, 231). A third party is entitled to rely on the agent's apparent authority so long as this reliance is reasonable *(Hallock v State of New York, supra,* at 231, citing *Wen Kroy Realty Co. v Public Natl. Bank & Trust Co.,* 260 NY 84, 92-93). The gravamen of plaintiff's remaining claim is that he relied on the representations of agent Freedman concerning the terms of his disability policy and, therefore, he did not read his policy to discover that the actual terms differed from his understanding, all to his detriment. In our view, it might have been reasonable for plaintiff to believe that this insurance agent was authorized by the company to explain the terms of the company's product to potential customers, and to rely on such authority. The company provided Freedman with application forms bearing the company name, and was aware that he was conducting seminars at places of employment and holding himself out to be soliciting applications on the company's behalf. This evidence raised a factual question concerning Freedman's authority to bind the insurance company sufficient to preclude summary judgment. (Appeal from order of Supreme Court, Oswego County, Sullivan, J.—summary judgment.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.

◼ JOSETTE DENTICO, as Executrix of ANTHONY F. DENTICO, Deceased, Plaintiff, v ROCHESTER GAS & ELECTRIC CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants. ROCHESTER ALUMAROLL AWNING & WINDOW COMPANY, INC., Third-Party Defendant-Respondent. (Appeal No. 1.)—Order unanimously affirmed, with costs *(see, Siragusa v State of New York,* 117 AD2d 986, *lv denied* 68 NY2d 602). (Appeal from order of Supreme Court, Monroe County, Galloway, J.—partial summary judgment.) Present—Doerr, J. P., Denman, Green, Balio and Davis, JJ.

◼ JOSETTE DENTICO, as Executrix of ANTHONY F. DENTICO, Deceased, Plaintiff, v ROCHESTER GAS & ELECTRIC CORPORATION et al., Defendants and Third-Party Plaintiffs-Appellants. ROCHESTER ALUMAROLL AWNING & WINDOW COMPANY, INC., Third-Party Defendant-Respondent. (Appeal No. 2.)—Order unanimously affirmed without costs *(see, Siragusa v State of New*